UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **FERIN KIDD,** | ) |
| Petitioner, | ) No. SACV 08-1457-SJO(RCF) |
| v. | ) ORDER ACCEPTING REPORT |
| **DEBRA HERNDON, Warden,** | ) REPORT AND RECOMMENDATION OF |
| Respondent. | ) UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the Report and Recommendation of United States Magistrate Judge. Petitioner did not file any objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

December 22, 2011.

DATED: _____

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE