UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **FERIN KIDD,** | ) |
| Petitioner, | ) No. SACV 08-1457-SJO (RCF) |
| v. | ) JUDGMENT |
| **DEBRA HERNDON, Warden,** | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: December 22, 2011.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE